IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RUSSELL DEIBERT,

    Plaintiff,                            JUDGMENT IN A CIVIL CASE

v.                                    Case No. 13-cv-152-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

    Defendant.

    This action came before the court for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the decision of the Acting Commissioner of Social Security, Carolyn Colvin, denying plaintiff Russell Deibert's application for Disability Insurance Benefits and Supplemental Security Income is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

| | |
|---|---|
| /s/ by: E. Clark, Deputy Clerk | 10/04/2013 |
| Peter Oppeneer, Clerk of Court | Date |